ROBERT DURRSCHMIDT *v.* PETER LOUX ET AL.
(11708)

LAVERY, HEIMAN and FREEDMAN, Js.

Argued May 3—decision released May 25, 1993

*Anne Kelly Zovas,* for the appellant (Field View Farm Transportation, Inc.).

*Ralph C. Crozier,* with whom, on the brief, was *Raymond A. Desautels III,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.